**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Irma Sandoval, | ) | No. CV-10-0683-PHX-NVW |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| MWR et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is Defendant Excel Group's Motion to Dismiss pursuant to Rule 12(b)(6) (doc. #24). Because Excel filed an answer, its Motion to Dismiss is, in substance, a motion for judgment on the pleadings under Rule 12(c). For the reasons stated below, the Court will deny Excel's motion.

Plaintiff Sandoval's amended complaint marginally states claims for relief. Its main deficiency is that it was not plead with specificity. However, it was plead with sufficient specificity to enable Excel to answer. The Court will therefore deny Excel's Motion to Dismiss.

IT IS THEREFORE ORDERED that Excel's Motion to Dismiss (doc. #24) is denied.

DATED this 27th day of May, 2010.

Neil V. Wake
United States District Judge